## EXHIBIT LIST

**Plaintiff:** Kyle Smith

**Defendant:** Government Employees Insurance Company (GEICO)

**Case No.:** [To Be Assigned]

**Attached Exhibits in Support of Complaint:**

---

**Exhibit A**

**Title:** Email Confirming Training Completion and Graduation Recognition (Feb 27, 2025)

**Purpose / Relevance:**

This exhibit demonstrates that Plaintiff successfully completed GEICO's training program and was also publicly recognized at the company's graduation ceremony. This directly contradicts GEICO's stated reason for Plaintiff's termination—"failure to meet expectations"—and supports:

- **Count IV** – Wrongful Termination in Violation of Public Policy
- **Count V** – Hostile Work Environment and Retaliation

---

**Exhibit B**

**Title:** Text Message from Supervisor Melissa Lomeli Requiring ADA Application for Restroom Use

**Purpose / Relevance:**

This exhibit shows that Plaintiff was instructed by a supervisor to apply for ADA accommodations merely to access the restroom during work hours. Plaintiff had no known disability and made no such request, making the instruction coercive and unwarranted. This communication supports:

- **Count I** – ADA Interference and Coercion (42 U.S.C. § 12203(b))
- **Count II** – "Regarded As" Disability Discrimination (42 U.S.C. § 12102(1)(C))

---

**Exhibit C**

**Title:** OSHA Whistleblower Complaint Confirmation (Feb 14, 2025)

**Purpose / Relevance:**

This document confirms that Plaintiff filed a formal whistleblower complaint with OSHA regarding workplace safety and restroom policy violations. It establishes Plaintiff's engagement in protected activity under federal law and supports:

- **Count III** – Whistleblower Retaliation (29 U.S.C. § 660(c))

---

**Exhibit D**

**Title:** EEOC Notice of Right to Sue – Charge No. 540-2025-03330

**Issued By:** U.S. Equal Employment Opportunity Commission (Phoenix District Office)

**Date Issued:** June 18, 2025

**Purpose / Relevance:**

This is the official Dismissal and Notice of Rights issued to Plaintiff by the EEOC. It confirms that Plaintiff's charge against GEICO was filed and that he timely received a Right to Sue letter, fulfilling the administrative exhaustion requirement for ADA and Title VII claims. This supports the federal court's jurisdiction over the matter and substantiates:

- **Count I** – ADA Interference and Coercion
- **Count II** – "Regarded As" Disability Discrimination
- **Count III** – Whistleblower Retaliation
- **Count IV** – Wrongful Termination in Violation of Public Policy
- **Count V** – Hostile Work Environment and Retaliation

**Attached File:** Right to sue.pdf

---

**Exhibit E**

**Title:** Coworker Chat Logs Confirming Isolation, Retaliation, and Restroom Policy Abuse

**Date Range:** February 2025

**Participants:** Kyle Smith, [Name Redacted]

**Purpose / Relevance:**

This exhibit contains screenshots of internal GEICO chat logs between Plaintiff and coworker [Name Redacted]. The conversation captures contemporaneous commentary on Plaintiff's isolation, mistreatment, and the unlawful enforcement of restrictive restroom policies. Specific messages confirm:

- **Retaliatory Isolation:** [Name Redacted] notes Plaintiff was kept in isolation and calls the treatment "discriminatory."

- **Admission of Unlawful Policy:** [Name Redacted] affirms, "bathroom blocking times are not enforceable. They admitted it."

- **Hostile Environment:** Chat includes mocking and psychologically charged language (e.g., "solitary confinement," "tortured and interrogated"), demonstrating ridicule, dehumanization, and retaliation. Direct evidence of peer supported working conditions at the time.

- **Psychological Harm:** Plaintiff expresses distress and desperation, using metaphorical language to convey the emotional toll of the treatment.

These chats substantiate:

- **Count I** – ADA Interference and Coercion (42 U.S.C. § 12203(b))
- **Count III** – Whistleblower Retaliation (29 U.S.C. § 660(c))
- **Count V** – Hostile Work Environment and Retaliation

**Attached Files:**

- Seems Desc.png
- Torture.png