Exhibit A 1 of 2

# Fw: Training Survey

Inbox ×

**Smith, Kyle** <kylesmith1@geico.com>
to me

Thu, Feb 27, 8:18 AM

Sensitivity: Company-Internal

---

**From:** Voice of the Associate <voa@geico.com>
**Sent:** Wednesday, February 26, 2025 6:15 AM
**To:** Smith, Kyle <kylesmith1@geico.com>
**Subject:** Training Survey

## Congratulations on successfully completing your training program!

Your feedback is incredibly important to us. It provides valuable information to help us evaluate the effectiveness of our training program, our resources, and our training methods.

We want to hear about your training experience, and how prepared you feel now that you have completed training. Please take a few minutes to complete the survey at the link below.

**Take the survey**
(This is an individual link, just for you. Please do not forward this email.)

A quick note on confidentiality
All survey data will be reported in aggregated groups of 5 responses or more to preserve confidentiality. Your open-ended comments will be shared in a non-attributional manner with a select group of senior leaders exactly as typed. Leaving a comment is always voluntary.

To get the most from your feedback, your location and/or job function may be shared along with your comments. If your location and job function are enough information to place you in a group small enough to identify you as an individual, your comments will be shown without one or more of these variables to ensure your privacy.

Exhibit A 2 of 2

A quick note on confidentiality

All survey data will be reported in aggregated groups of 5 responses or more to preserve confidentiality. Your open-ended comments will be shared in a non-attributional manner with a select group of senior leaders exactly as typed. Leaving a comment is always voluntary.

To get the most from your feedback, your location and/or job function may be shared along with your comments. If your location and job function are enough information to place you in a group small enough to identify you as an individual, your comments will be shown without one or more of these variables to ensure your privacy.

If a survey comment references a threat of harm to self or others or violation of policy that merits additional investigation, the comment and your associate ID may be routed to the Associate Relations team. If you feel your comments would be too sensitive for this venue or if you prefer to raise a concern anonymously about a violation of company policy, you can reach out through GEICO's Open Door Policy.

Thank you for providing feedback.

All our best,

GEICO's Voice of the Associate Team

====================

This email/fax message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email/fax is prohibited. If you are not the intended recipient, please destroy all paper and electronic copies of the original message.

Reply Forward

EXHIBIT
B
1 of 2

1:43 5G 67%

Melissa Lomel

Friday, Feb 7 • 7:00 AM

Won't be in today. I am going to see a doctor about health problems. Will get a note.

Ok you can apply for Ada that's the only thing that really will accommodate you. You can apply through workday if you need help we can do it on Monday. Have a good day !

Wednesday, Feb 12 • 4:32 PM

Hey Melissa it's kyle. I had to run to the bathroom because I started urinating in my pants at my desk. I probably need to have a word with you after everyone leaves that area

Sorry I had to leave early I can call someone about it if you need me to

Wax everything on

Ok

Thursday, • 7:15 AM

RCS message

Exhibit B 2 of 2

8:14 5G 55%

Melissa Lomel

I'm not sure what happened or why you did not go to restroom i my self have had conversations with you multiple times that you can use the restroom and use your break when ever. Yes it's a geico policy we should not break in the first or last hour of break but of course if you need to or in an emergency you can go we can't tell you no plus I have offered ADA you been given this information plenty of times Kyle. I hope you get it all figured out. I'll help you apply for ADA Friday so you can get additional breaks. I'll see you tomorrow.

You'll need to go in to work day and submit a request to hr to reach out to you. Let me know if you need help.

You had a total of 5.76 paid time off the remainder 1.99 will be unpaid.

Friday, Feb 14 • 6:43 AM

I have a 103 degree fever and will not be in today. I will be in Monday.

Friday, Feb 14 • 8:04 AM

RCS message

Exhibit C 1 of 1

## "Confirmation: OSHA Online Whistleblower / Retaliation Complaint filed on 14-Feb-2025

Inbox ×

**whistleblower-complaint@osha.gov**
to me

Fri, Feb 14, 4:03 PM

Thank you! As of February 14, 2025 05:58:44 PM US Central Time, you filed a whistleblower retaliation complaint with OSHA using our online filing system. We advise that you print or save a copy of this email for your records.

The reference number for your complaint is ECN117148

An OSHA representative will contact you using the contact information that you provided in your complaint. It is very important that you respond to such contact; OSHA cannot proceed with an investigation until it has discussed this complaint with you.

If you have questions regarding the status of your complaint, please feel free to call your local OSHA Regional or Area Office.

We appreciate the opportunity to be of service of you.

Note: Please do not reply to this email. This is a system generated email and this email account is not monitored.

**One attachment** • Scanned by Gmail

OSHA Information Sys

Reply Forward

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/18/2025

**To:** Mr. Kyle C. Smith
[redacted]

Charge No: 540-2025-03330

EEOC Representative and email: PATRICIA MINER
Supervisory Investigator
patricia.miner@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 540-2025-03330.

On behalf of the Commission,

Melinda Caraballo
District Director

Exhibit D 2 of 2

**Cc:**

Adam Courtin
GEICO
5260 Western Ave.
Chevy Chase, MD 20815

Please retain this notice for your records.

Exhibit E 1 of 3

**Kyle Smith** 11:49 AM
Can somebody let me into the meeting? I have not been let in. (edited)

[redacted] 11:50 AM
GIF



[redacted] 11:51 AM
why is kyle in solitary confinement
**1 reply** Today at 11:55 AM

**Kyle Smith** 11:55 AM
What are we doing right now? I have not been let into the webex meeting all day. Are we going to lunch?
☑ 1

[redacted] 11:57 AM
sign into lunch at 12pm we will have lunch for you guys by then Cherrie will let you in when shes back (edited)

Exhibit E 2 of 3

Today

finally talked to HR yesterday, yes the bathroom blocking times are not enforceable. They admitted it.

[redacted] [redacted] 8:12 AM

that was yesterday ..... glad to see you. Just stay in exile over there.

Why suspended???

**Kyle Smith** 8:13 AM

Oh i will be. HR was told about retaliation.

Their is evidence of it.

[redacted] [redacted] 8:14 AM

is that why the suspension?

**Kyle Smith** 8:15 AM

Yeah. They might do something about it. I am getting a written apology.

[redacted] [redacted] 8:16 AM

You need to be with the rest of the group and not sitting in isolation. Seems discriminatory ......

**Kyle Smith** 8:18 AM

I feel like I got sent to the back of the bus

[redacted] [redacted] 8:21 AM

OK Rosa

**Kyle Smith** 8:23 AM

Next they'll send me to the back room and lock me in. Like the phantom of the opera

[redacted] [redacted] 8:24 AM

You will be fitted for a straight jacket sir.

**Kyle Smith** 8:26 AM

Imminently

[redacted] [redacted] 8:27 AM

Exhibit E 3 of 3

[redacted] 8:47 AM
GIF




**Kyle Smith** 8:47 AM
I'm going to fly that F-16 into the rocks

[redacted] 8:48 AM
eject, eject, EJECT!!!!!

**Kyle Smith** 9:00 AM
then i'll parachute down into GEICO controlled territory

[redacted] 9:00 AM
you will be tortured and interrogated.

**Kyle Smith** 9:03 AM
All I have to tell them is my name, rank and favorite cereal.

[redacted] 9:05 AM
you have to tell them when you need to go to the bathroom also. need permission during lockdown hours

**Kyle Smith** 9:27 AM
I dont ask for that anymore from my captors.

took ten minutes to respond to my question in chat.

[redacted] 9:40 AM
must be personal

**Kyle Smith** 9:44 AM
I think so. Who's list do I have to be on to get help?! Schindler's?!