**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kyle Smith,

Plaintiff,

v.

Government Employees Insurance Company,

Defendant.

**NO. CV-25-00425-TUC-SHR**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 29, 2026, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice, except Count Three, which is dismissed with prejudice.

Daniel R. McAllister
District Court Executive/Clerk of Court

September 15, 2026

By s/ M. Espinoza
Deputy Clerk